*Kevin H. Sharp* (signature)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:15-cr-00072-2 |
| v. ) | |
| ) | Chief Judge Sharp |
| ) | |
| [2] MONTEZ LARON GRAY ) | |
| aka DONTEZ LNU aka TEZ LNU ) | |

## MOTION TO TEMPORARILY RETURN DEFENDANT
## TO STATE CUSTODY ON OCTOBER 29, 2015
## FOR ARRAIGNMENT ON STATE CHARGES

The United States of America, by and through its attorneys, David Rivera, the United States Attorney for the Middle District of Tennessee, and Assistant U.S. Attorney Brent A. Hannafan, hereby respectfully requests that this Court order that defendant be returned to state custody of the Davidson County Sheriff's Office on October 29, 2015, so that he can appear for arraignments on three pending state charges.

Defendant is not only charged in this case, he was also previously indicted in Case No. 3:15-00013 in this District, pending before Judge Campbell. When the grand jury indicted defendant in Case No. 3:15-00013, he was being held in the custody of the Davidson County Sheriff's Office based upon several pending state charges. The United States filed a petition for writ of *habeas corpus ad prosequendum* to have defendant transported from the Davidson County Sheriff's Office on January 27, 2015, in order to have his initial appearance in that case. (Case No. 3:15-00013, Docket No. 5.) That petition was granted, and the writ issued, on January 27, 2015. (Case No. 3:15-00013, Docket No. 6.) After defendant appeared in that case, Magistrate Judge Knowles ordered defendant detained and defendant has remained in the custody of the United States Marshals since that time. (Docket Nos. 17 and 18.)

1

Defendant was indicted in this case on May 20, 2015. He initially appeared on June 10, 2015, and was ordered detained in this case as well on that same date. (Docket Nos. 70 and 73.)

The undersigned has been advised by Assistant District Attorney Janice Norman of the Davidson County District Attorney's Office that defendant has an additional three cases now pending in Davidson County Criminal Court on which he has yet to be arraigned. Those cases are as follows: Case No. 2015-A-80, Case No. 2015-A-81, and Case No. 2015-B-990. ADA Norman has requested that defendant be transported back to the state's custody in order to appear, be arraigned, and to be assigned an attorney on those three cases at a hearing scheduled for October 29, 2015.

Based upon the above, the United States respectfully requests this Court order that defendant be returned to the custody of the Davidson County Sheriff's Office on October 29, 2015, and that he be returned to the custody of the U.S. Marshals on October 30, 2015 for all other necessary proceedings in this case. The United States has filed a motion requesting the identical relief in Case No. 3:15-00013.

    Respectfully submitted,

    DAVID RIVERA
    UNITED STATES ATTORNEY

    By: **s/ Brent A. Hannafan**
    Brent A. Hannafan
    Assistant United States Attorney
    110 9th Avenue South - Suite A-961
    Nashville, Tennessee 37203
    Telephone: (615) 736-5151