UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:15-00072-2 |
| | ) | Chief Judge Sharp |
| | ) | |
| MONTEZ LARON GRAY | ) | |

## MOTION TO BE RELIEVED

Comes now counsel for Mr. Gray and hereby moves the Court to relieve the Office of the Federal Public Defender from further representation in this case. In support of this motion counsel would state that a conflict of interest has arisen that ethically requires counsel to withdraw from representation.

WHEREFORE, counsel moves the Court to relieve the Office of the Federal Public Defender and appoint counsel from the Criminal Justice Act Panel to represent Mr. Gray.

Respectfully submitted,

/s/ *Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047