# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:15-00072-2 |
| | ) JUDGE SHARP |
| MONTEZ GRAY | ) |

## O R D E R

Pursuant to the Designation and Assignment of a Senior United States Judge for Service in Another Circuit, this case is transferred to the Honorable Marvin Aspen, Senior Judge of the United States District Court for the Northern District of Illinois for all purposes.

Defendant's Motion to Continue Sentencing Hearing (Docket No. 398) is GRANTED. The sentencing hearing set for February 27, 2017, is hereby continued to be reset by Judge Aspen

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE